UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROY RANDOLPH SMITH, et al.,

    Plaintiffs,

v.                               CASE NO. 8:14-cv-3031-T-23MAP

GULF COAST COMMUNITY CARE,
et al.,

    Defendants.
_____/

## **ORDER**

On January 12, 2015, Magistrate Judge Pizzo recommended (Doc. 9) both (1) denying the plaintiffs' second affidavit (Doc. 8) of insolvency, which is construed as the plaintiffs' amended motion to proceed *in forma pauperis*, and (2) dismissing the plaintiffs' amended complaint (Doc. 7). More than seventeen days has passed, and no party objects.

The report and recommendation (Doc. 9) is **ADOPTED**. The plaintiffs' motion (Doc. 8) to proceed *in forma pauperis* is **DENIED**, and this action is **DISMISSED**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on January 30, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE